**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-6110**

—————————

JOHNNY LOUIS WARDLAW,

Plaintiff - Appellant,

versus

DENT G. LYNCH, JR., Public Defender; OFFICE OF
THE PUBLIC DEFENDER FOR PRINCE GEORGE'S
COUNTY,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-97-
4110-MJG)

—————————

Submitted: June 18, 1998                    Decided: July 8, 1998

—————————

Before MURNAGHAN and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Johnny Louis Wardlaw, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Wardlaw v. Lynch, No. CA-97-4110-MJG (D. Md. Dec. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2